IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 04-cv-02433-MSK-CBS

LORRAINE GUTOWSKI, and
ILA UNADKAT,

      Plaintiffs,

v.

FINANCIAL ADMINISTRATIVE SERVICES CORPORATION ("FAS Corp") and
GREAT WEST LIFE & ANNUITY INSURANCE COMPANY, Colorado corporations,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

It is hereby **ORDERED** that Plaintiff's Amended Unopposed Motion for Extension of Discovery Cutoff (filed August 11, 2005; *doc. no. 33*) is **GRANTED**.  The deadline to complete discovery is extended to no later than **September 30, 2005**.  *All deadlines previously set by this Court, not modified herein, remain in effect.*  It is further

**ORDERED** that Plaintiff's Unopposed Motion to Amend (filed August 10, 2005; *doc. no. 31*) is **DENIED** as moot.

**DATED:**    August 11, 2005