IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 04-cv-2433-MSK-CBS

LORRAINE GUTOWSKI and
ILA UNADKAT,

      Plaintiffs,

v.

FINANCIAL ADMINISTRATIVE SERVICES CORPORATION, ("FAS Corp.") and
GREAT WEST LIFE & ANNUITY INSURANCE COMPANY, a Colorado corporation,

      Defendants.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

This matter is before the Court on the parties' Joint Unopposed Motion for Dismissal with Prejudice (**#50**). The Court, being fully advised, HEREBY ORDERS that the above-referenced civil action is **DISMISSED** with prejudice, each party to bear her or its own attorneys' fees and costs.

Dated this 6th day of April 2006.

                                      **BY THE COURT:**

                                      *Marcia S. Krieger* (signature)

                                      Marcia S. Krieger
                                      United States District Judge